In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-11-00078-CR

                                                ______________________________

 

 

 

                                                         IN
RE:  BOBBY YATES

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                            Memorandum
Opinion by Justice Moseley

                                                                              

                                                                              








                                                     MEMORANDUM 
OPINION

 

            Bobby Yates filed a petition for
writ of mandamus in which he asked this Court to order the 6th Judicial District
Court of Lamar County to withdraw a gag order entered in connection with an
underlying sexual assault case, and also to direct that court to withdraw its
denial of his motion for continuance.  We
have received a response from the trial judge, with copies of orders attached
which rescind the gag order in its entirety and grant a continuance so that a
newly retained attorney can represent Yates at trial.  The issues raised by the mandamus are
therefore moot.

            We deny the petition for writ of mandamus.

 

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date
Submitted:          April 25, 2011

Date
Decided:             April 26, 2011

 

Do
Not Publish